UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JAKARRIS HARPER** | **CIVIL ACTION NO. 20-376-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DEPUTY WHITESIDE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation [Doc. No. 7] of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, and noting the lack of written objections filed by Plaintiff, and, determining that the findings are correct under the applicable law;

**IT IS ORDERED ADJUDGED AND DECREED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 18th day of May, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE